# DISTRICT OF COLUMBIA COURT OF APPEALS

| | | | | |
|---|---|---|---|---|
| Weldon v. United States . . . . . | 15–CO–838 | 02/24/2017 | Affirmed | Leibovitz |
| Hawkins v. Washington Metropolitan Area Transit Authority . . . . . . . . . . . . . . . . . . | 15–CV–936 | 02/24/2017 | Affirmed | Motley |
| Anayiotos v. Anayiotos . . . . . . | 15–FM–515, 15–FM–919 | 02/24/2017 | Affirmed | Krauthamer |
| Robinson, In re . . . . . . . . . . . . | 15–PR–1040 | 02/24/2017 | Affirmed | Canan |
| Thomas v. United States . . . . | 16–CF–158 | 02/24/2017 | Affirmed | McCabe |
| Brown v. Axe Properties & Management, LLC . . . . . . . . | 16–CV–57 | 02/24/2017 | Affirmed | Clark |
| Uth v. District of Columbia Department of Consumer and Regulatory Affairs . . . . | 14–AA–1389 | 02/17/2017 | Affirmed | Dist. of Columbia Office of Administrative Hearings |
| Welch v. United States . . . . . . | 15–CF–1100 | 02/17/2017 | Remanded | Broderick |
| Sharperson v. United States | 15–CF–325, 15–CO–470 | 02/17/2017 | Affirmed | Johnson |
| Nunnally v. District of Columbia Metropolitan Police Department . . . . . . . . . . . . . . | 15–CV–608 | 02/17/2017 | Affirmed | Cordero |
| Saleh, LLC v. Mohammed Estafaheni . . . . . . . . . . . . . . | 15–CV–937 | 02/17/2017 | Affirmed | Holeman |
| Jackson v. United States . . . . | 16–CM–4 | 02/17/2017 | Affirmed | Keary |
| Flakker v. Flakker . . . . . . . . . . | 14–CV–549 | 02/10/2017 | Affirmed, in part; reversed, in part; remanded | Iscoe |